**91-26.** Grange Mut. Cas. Co. v. Thompson. *Franklin County,* Nos. 89AP-604 and 89AP-642. Cause dismissed on application of counsel for appellants.

**91-159.** State v. Shipley. *Stark County,* No. CA-8062. *Sua sponte,* cause dismissed for want of prosecution, effective April 2, 1991.

**91-393.** State v. Kiddy. *Portage County,* No. 89-P-2107. *Sua sponte,* cause dismissed for want of prosecution, effective April 2, 1991.

**91-434.** State v. Taylor. *Hamilton County,* No. C-900103. *Sua sponte,* cause dismissed for want of prosecution, effective April 2, 1991.

### Monday, April 8, 1991

## MOTION DOCKET

**89-2128.** State v. Jackson. *Cuyahoga County,* No. 55758. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States, IT IS ORDERED that said motion be, and the same is hereby, granted, effective April 8, 1991. IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the timely filing of the petition in the Supreme Court of the United States. IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

## MISCELLANEOUS DISMISSALS

**90-498.** State, ex rel. Jackson, v. Indus. Comm. *Franklin County,* No. 89AP-136. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-553.** State, ex rel. Apel, v. Indus. Comm. *Franklin County,* No. 89AP-530. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-713.** State, ex rel. Jewell, v. Indus. Comm. *Franklin County,* No. 89AP-484. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-811.** State, ex rel. Boldon, v. Indus. Comm. *Franklin County,* No. 89AP-231. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-862.** State, ex rel. Heise, v. Indus. Comm. *Franklin County,* No. 89AP-815. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-916.** State, ex rel. Mangin, v. Indus. Comm. *Franklin County,* No. 89AP-439. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-935.** State, ex rel. Stroup, v. Bonbright Distrib. *Franklin County,* No. 89AP-569. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-1376.** State, ex rel. Krecioch, v. Indus. Comm. *Franklin County,* No. 89AP-606. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-1383.** State, ex rel. Reisinger, v. Indus. Comm. *Franklin County,* No. 89AP-920. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-1449.** State, ex rel. Becker, v. Children's Hospital. *Franklin County,* No. 89AP-780. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.

**90-1450.** State, ex rel. Hamilton, v. Indus. Comm. *Franklin County,* No. 89AP-522. Cause dismissed, on application to dismiss of the Industrial Commission, effective April 4, 1991.